IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                          Criminal No. 3:03CR203

GREGORY W. BURWELL

## MEMORANDUM OPINION

Gregory W. Burwell filed this 28 U.S.C. § 2255 Motion ("§ 2255 Motion," ECF No. 171) arguing that his firearm convictions are invalid under Johnson v. United States, 576 U.S. 591 (2015) and United States v. Taylor, 142 S. Ct. 2015 (2022). By Memorandum Opinion and Order entered on September 20, 2022, the Court granted in part and denied in part Burwell's § 2255 Motion and directed that the matter be set for resentencing. (ECF Nos. 185, 186.) On January 3, 2023, the Court conducted a resentencing and resentenced Burwell to time served. (ECF No. 207, at 1.) Because the § 2255 Motion has been resolved, the Clerk will be directed to terminate Civil Action Number 3:21CV441, which is associated with the § 2255 Motion.

The Clerk is directed to send a copy of Memorandum Opinion to counsel of record.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: April 25, 2023
Richmond, Virginia